**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LIBRA LEDERER,

                    Plaintiff,

    -against-                          24 **CIVIL** 6525 (JMF)(JW)

                                          **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 24, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. As further set forth in this Order. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, the case is closed.

**Dated:**  New York, New York

      February 25, 2025

                                        **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                         **BY:**
                                         _____
                                         **Deputy Clerk**